UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thomas Spilsbury, Jr.

CASE NO.  C-09-05955 JW

Plaintiff(s),

v.

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Target Corp.,

Defendant(s).

_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)  (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

✓      Private ADR (*please identify process and provider*)  Private mediation.  Mediator

selection still being discussed by the parties.

The parties agree to hold the ADR session by:

the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

✓      other requested deadline  September 30, 2010

Dated:_____

Timothy D. McMahon
Attorney for Plaintiff

Dated: 3-10-10

Juliet MacMillin Lompa
Attorney for Defendant

Received 30689 JMG

MAR 1 5 2010

1  **TIMOTHY D. McMAHON, ESQ.** SBN #117024
   **CORSIGLIA MCMAHON & ALLARD LLP**
2  96 NORTH THIRD STREET, SUITE 620
   SAN JOSE, CALIFORNIA 95112
3  TELEPHONE: (408) 289-1417
   FAX: (408) 289-8127
4
   Attorneys for Plaintiff
5  Thomas Spilsbury, Jr.

6

7

8                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                         **SAN JOSE DIVISION**
11

12

13  THOMAS SPILSBURY, JR.,              No. CV 09 5955 JW (HRL)

14                         Plaintiff,   **STIPULATION AND [PROPOSED]
                                        ORDER SELECTING ADR
15       v.                            PROCESS**

16
    TARGET CORPORATION, SELECT
17  BRANDS, INC. and DOES 1 through 25,
    inclusive,
18
                         Defendants.
19

20
         Counsel report that they have met and conferred regarding ADR and have
21
    reached the following Stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
22
         The parties agree to participate in the following ADR process:
23
         **Court Processes**:
24
              Non-binding Arbitration (ADR I.R. 4)
25
              Early Neutral Evaluation (ENE) ADR L.R. 5)
26
              Mediation (ADR L.R. 6)
27
    ///
28

CORSIGLIA, McMAHON
ALLARD, L.L.P.
96 N. Third St., #620
San Jose, CA 95112
[408] 298-7200 Telephone

1   (*Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
2   *appreciably more likely to meet their needs than any other form of ADR, must participate*
3   *in an ADR phone conference and may not file this form.  They must instead file a Notice of*
4   *Need for ADR Phone Conference.  See Civil Local Rule 16-8 and ADR L.R. 3-5.)*

5           **Private Process**:

6           √       Private ADR (*please identify process and provider*) Private mediation,
7   Mediator selection still be discussed by parties.

8           The parties agree to hold the ADR session by:

9           The presumptive deadline (*The deadline is 90 days from the date of the*
10          *order referring the case to an ADR process unless otherwise ordered.)*

11          √       Other requested deadline September 30, 2010

12

13  Dated:   March 11 2010                    _____
                                             Timothy D. McMahon, Esq.
14                                           Attorney for Plaintiff

15  Dated: _____                 _____
                                             Juliet MacMillin Lompa
16                                           Attorney for Defendant

17

18

19

20

21

22

23

24

25

26

27

28

CORSIGLIA, McMAHON
ALLARD, L.L.P.
96 N. Third St., #620
San Jose, CA 95112
[408] 298-7200 Telephone

STIPULATION AND [PROPOSED] ORDER SELECTING
ADR PROCESS

2

Case No. C-09-05955 JW

# ~~Proposed~~ ORDER

Pursuant to the Stipulation above, the above-captioned matter is hereby referred to:

         Non-binding Arbitration

         Early Neutral Evaluation (ENE)

         Mediation

     x   Private ADR

Deadline for ADR session:

         90 days from date of this order.

     X other:  September 30, 2010

**IT IS SO ORDERED**.

Dated:   April 9, 2010

UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER SELECTING
ADR PROCESS

Case No. C-09-05955 JW

CORSIGLIA, McMAHON
ALLARD, L.L.P.
96 N. Third St., #620
San Jose, CA 95112
[408] 298-7200 Telephone