** E-filed May 10, 2010 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS SPILSBURY, JR. | ) | Case No.: CV 09 5955 JW |
| Plaintiff, | ) | [PROPOSED] ORDER RE: |
| | ) | PLAINTIFF'S APPEARANCE FOR |
| vs. | ) | PHYSICAL EXAMINATION BY DR. |
| | ) | LEONARD GORDON |
| TARGET CORPORATION, SELECT | ) | |
| BRANDS, INC, and DOES 1-25, inclusive, | ) | |
| Defendants. | ) | |
| | ) | Complaint Filed: September 22, 2009 |

The Court, having reviewed the parties' stipulation regarding a proposed physical examination of Plaintiff Thomas Spilsbury, is satisfied that there is good cause to support an order that Plaintiff Thomas Spilsbury submit to a physical examination before Leonard Gordon, M.D., orthopedic surgeon, on June 9, 2010, at 1:00 p.m., at 2299 Post Street, Suite 107, San Francisco, CA 94115.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Date: May 10, 2010

By _____
Magistrate Judge Howard R. Lloyd