**\*\* E-filed December 24, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS SPILSBURY, JR., | No. C09-05955 HRL |
| Plaintiff, | **ORDER DENYING DEFENDANTS' REQUEST TO SHORTEN TIME** |
| v. | |
| TARGET CORPORATION, et al., | **[Re: Docket No. 52]** |
| Defendants. | |

On December 17, 2010, Defendants filed a motion for a protective order. Docket No. 53. Defendants' also filed a request for the Court to hear oral argument on Defendants' motion on shortened time. Docket No. 52. Plaintiff opposes Defendants' request. Docket No. 57. Having considered the arguments of the parties, the Court does not find good cause to hear Defendants' motion on shortened time, so Defendants' request is DENIED. Defendants' motion for a protective order shall be heard on February 1, 2011 at 10:00 a.m. Briefing on Defendants' motion shall proceed in accordance with Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: December 24, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05955 JW (HRL) Notice will be electronically mailed to:**

| | |
|---|---|
| Juliet MacMillin Lompa | jmlompa@stonelawoffice.com, csepulveda@stonelawoffice.com |
| Timothy Dennis McMahon | tmcmahon@cmalaw.net, jefflochner@gmail.com, raymond@cmalaw.net |

**5:09-cv-05955-JW Please see [General Order 45 Section IX C.2 and D](#); Notice has NOT been electronically mailed to:**

Colette Stone
Stone & Sidran
A Professional Coporation
2125 Ygnacio Valley Road
suite 101
Walnut Creek, CA 94598

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**