TIMOTHY P. MCMAHON, ESQ. (SBN 117024)
CORSIGLIA MCMAHON & ALLARD LLP
96 NORTH THIRD STREET, SUITE 620
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 289-1417
FACSIMILE: (408) 289-8127

ATTORNEYS FOR PLAINTIFF,
THOMAS SPILSBURY, JR.,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THOMAS SPILSBURY, JR., <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION, SELECT BRANDS, INC. and DOES 1 through 25, inclusive, <br><br> Defendants. | No. CV 09 05955 JW [HRL] <br><br> **STIPULATION AND ORDER RE: MOTION FOR SUMMARY JUDGMENT OPPOSITION AND REPLY FILING DEADLINES** |

WHEREAS, on September 22, 2009, plaintiff filed a civil complaint in the Superior Court of California, Santa Clara County, which, on December 18, 2009, was removed by defendants to the Federal District Court for the Northern District of California. (Docket 1.)

WHEREAS, on May 12, 2010, this court issued a Scheduling Order that included a designated a discovery cutoff date of January 21, 2011. (Docket 36.)

Whereas, a motion for summary judgment was filed by defendants on November 10, 2010, with hearing thereof set for December 20, 2010. (Docket 39)

---
1

STIPULATION AND ORDER    CASE NO. CV 09 05955 JW

1  WHEREAS, on November 19, 2010, the court issued an order resetting the
2  hearing of defendants motion for summary judgment to February 28, 2011, with
3  plaintiff's opposition due by January 21, 2011, and any reply thereto due by February
4  4, 2011. (Docket 51.)
5  WHEREAS, Plaintiff noticed PMQ depositions of Target Corporation and Select
6  Brands, Inc., to be conducted January 19, 2011 and January 20, 2011, in Minneapolis,
7  Minnesota, and Kansas City, Missouri, respectively;
8  Whereas, the PMQ depositions of Target Corporation and Select Brands
9  Corporation may include testimony potentially relevant to plaintiff's opposition to
10 defendant's motion for summary judgment. Said depositions will be completed on
11 January 20, 2011, with plaintiffs' opposition to said motion currently due on or before
12 January 21, 2011.
13 WHEREAS, the current filing deadlines for the opposition and reply to the
14 motion for summary judgment are, respectively, 38 days and 24 days prior to the
15 scheduled February 28, 2011, hearing, and, therefore, well in excess of the normal
16 filing requirements set forth in Local Rules 56-1 and 7-3.
17 WHEREAS, there is no trial date currently set for this case, nor has this case
18 been set for trial previously.
19 IT IS THEREFORE STIPULATED, AGREED AND JOINTLY REQUESTED by
20 the parties, by and through their respective attorneys of record, that this court enter an
21 order modifying the due dates for plaintiff's opposition to the motion for summary
22 judgment and defendants' reply to said opposition as follows:
23   1) Plaintiff's opposition to the defendants' motion for summary judgment, currently
24      due on or before January 21, 2011, shall be filed and served no later than
25      **January 25, 2011**;
26   2) Defendants' reply to plaintiff's opposition to the defendants' motion for summary
27      judgment, currently due on or before February 4, 2011, shall be filed and served
28      no later than **February 8, 2011**;

2
STIPULATION AND ORDER                                    CASE NO. CV 09 05955 JW

3) The motion for summary judgment hearing date will remain on **February 28, 2011.**

IT IS SO AGREED,

CORSIGLIA McMAHON & ALLARD, LLP

January 18, 2011                By: _____
                                TIMOTHY D. McMAHON
                                Attorneys for Plaintiff

IT IS SO AGREED,

STONE & ASSOCIATES

January 14, 2011                By: _____
                                JULIET MACMILLIN LOMPA
                                Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED,

January 21, 2011                By: _____
                                JAMES WARE
                                United States District Chief Judge