COLETTE F. STONE, ESQ. (SBN: 129773)
JULIET MACMILLIN LOMPA, ESQ. (SBN: 140980)
STONE & ASSOCIATES
A Professional Corporation
2125 Ygnacio Valley Road, Suite 101
Walnut Creek, CA 94598
Telephone: (925) 938-1555
Facsimile: (925) 938-2937
Email: jmlompa@stonelawoffice.com

Attorneys for Defendants
SELECT BRANDS, INC. and
TARGET CORPORATION

\*\* E-filed January 28, 2011 \*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPILSBURY, JR. | Case No.: CV 09 5955 JW |
| Plaintiff, | NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER SCHEDULED FOR HEARING ON FEBRUARY 1, 2011 |
| vs. | |
| TARGET CORPORATION, SELECT BRANDS, INC. and DOES 1-25, inclusive, | Complaint Filed: September 22, 2009 |
| Defendants. | |

WHEREAS, on November 17, 2010, after engaging in extensive meet and confer efforts, Defendants Select Brands, Inc. and Target Corporation filed a Motion for Protective Order, along with a Request to Set the Hearing on Shortened Time;

WHEREAS, on December 24, 2010, the Court denied the Request to Set the Hearing on Shortened Time and set the Hearing Date on Defendant's Motion for Protective Order on February 1, 2011;

WHEREAS, on January 11, 2011, after the parties engaged in exhaustive meet and confer efforts for several months reached a stipulation addressing some of the issues set forth in Defendants' Motion for Protective order;

WHEREAS, on January 18, 2011, the Court denied the proposed order (Denial of Stipulation, Docket #75).

WHEREAS, on January 25, 2011, Defendants Select Brands, Inc. and Target Corporation withdrew their Motion for Summary Judgment without prejudice, which was scheduled to be heard February 28, 2011, based upon Plaintiff disclosing new information on January 21, 2011 (Docket #90);

WHEREAS, the withdrawal of Defendants' Motion for Summary Judgment has rendered moot the majority of the issues raised in Defendants' Motion for Protective Order. Accordingly, Defendants believe withdrawing the Motion for Protective Order is appropriate;

WHEREAS, on January 28, 2011, counsel for Defendants prepared and executed a Stipulation and Order to Withdraw Defendants' Motion for Protective Order and sent it to Plaintiff's counsel (a copy is attached hereto);

WHEREAS, after waiting four hours, Plaintiff's counsel has not returned the proposed Stipulation;

Defendants SELECT BRANDS, INC. and TARGET CORPORATION, by and through their attorney of record, hereby withdraw their Motion for Protective Order scheduled for hearing on February 1, 2011, without prejudice to re-filing the motion with regard to issues that remain in dispute.

STONE & ASSOCIATES

January 28, 2011

By: _____
JULIET MACMILLIN LOMPA
Attorneys for Defendants

```
 1  COLETTE F. STONE, ESQ. (SBN: 129773)
    JULIET MACMILLIN LOMPA, ESQ. (SBN: 140980)
 2  STONE & ASSOCIATES
    A Professional Corporation
 3  2125 Ygnacio Valley Road, Suite 101
    Walnut Creek, CA 94598
 4  Telephone: (925) 938-1555
    Facsimile: (925) 938-2937
 5  Email: jmlompa@stonelawoffice.com

 6  Attorneys for Defendants
    SELECT BRANDS, INC. and
 7  TARGET CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THOMAS SPILSBURY, JR. | ) | Case No.: CV 09 5955 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE: WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER SCHEDULED FOR HEARING ON FEBRUARY 1, 2011** |
| vs. | ) | |
| | ) | |
| TARGET CORPORATION, SELECT BRANDS, INC. and DOES 1-25, inclusive, | ) | |
| | ) | Complaint Filed: September 22, 2009 |
| Defendants. | ) | |

IT IS HEREBY STIPULATED, AGREED AND JOINTLY REQUESTED by the parties, by and through their respective attorneys of record, that Defendants' Motion for Protective Order scheduled for hearing on February 1, 2011 be withdrawn, without prejudice to re-filing the motion with regard to issues that remain in dispute.

**IT IS SO AGREED,**                                     CORSIGLIA McMAHON & ALLARD, LLP

January __, 2011                                         By: _____
                                                         TIMOTHY D. McMAHON
                                                         Attorneys for Plaintiff

**IT IS SO AGREED,**                                     STONE & ASSOCIATES

January 28, 2011                                         By: /s/ Juliet Lompa
                                                         JULIET MACMILLIN LOMPA
                                                         Attorneys for Defendants

Defendants' motion for a protective order (Docket No. 53) is TERMINATED without prejudice per Defendants' request (Docket No. 91), and the February 1, 2001 hearing is VACATED.

1 ~~PURSUANT TO STIPULATION,~~ IT IS SO ORDERED.

2

3  Dated: January 28, 2011           By: _____
                                          HOWARD R. LLOYD
4                                         United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER SCHEDULED FOR HEARING ON FEBRUARY 1, 2011