**\*\* E-filed March 2, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS SPILSBURY, | No. C09-05955 JW (HRL) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR RECONSIDERATION AND RESETTING THIRD PARTY'S MOTION TO QUASH** |
| v. | |
| TARGET CORP., et al., | |
| Defendants. | **[Re: Docket Nos. 99, 117, 118]** |

On February 28, 2011, this Court denied without prejudice five discovery motions recently filed in this case. Docket No. 117 (denying Docket Nos. 95, 99, 103, 112, 115). Later that day, Plaintiff requested that the Court reconsider its decision with respect to the motion to quash filed by third party Thomas Spilsbury, Sr. ("Spilsbury, Sr."). Docket Nos. 99, 118. Upon review of Plaintiff's submission, the Court GRANTS the request. The Court will hear Spilsbury, Sr.'s motion to quash on **April 5, 2011 at 10:00 a.m.**, and briefing shall proceed in accordance with Civil Local Rule 7-3. In addition, compliance with the subpoena at issue is stayed pending resolution of Spilsbury, Sr.'s motion.

**IT IS SO ORDERED.**

Dated: March 2, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05955 JW (HRL) Notice will be electronically mailed to:**

Juliet MacMillin Lompa    jmlompa@stonelawoffice.com, csepulveda@stonelawoffice.com
Timothy Dennis McMahon    tmcmahon@cmalaw.net, jefflochner@gmail.com, rosario@cmalaw.net

**Please see General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Colette Stone
Stone & Sidran
A Professional Coporation
2125 Ygnacio Valley Road
Suite 101
Walnut Creek, CA 94598

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**