**\*\* E-filed April 25, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS SPILSBURY, JR., | No. C09-05955 JW (HRL) |
| Plaintiff, | **ORDER DENYING AS MOOT DISCOVERY MOTIONS** |
| v. | |
| TARGET CORPORATION, et al., | **[Re: Docket Nos. 99, 139, 142, 145, 148, 152 & 157]** |
| Defendants. | |

On April 22, 2011, Defendants filed a notice to alert the Court that the parties to this action have reached a settlement and will file a stipulated dismissal within 60 days. Docket No. 175. In light of Defendants' notice, the parties' various pending discovery motions (Docket Nos. 99, 139, 142, 145, 148, 152 & 157) are DENIED AS MOOT.

**IT IS SO ORDERED.**

Dated: April 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C09-05955 JW (HRL) Notice will be electronically mailed to:**

Juliet MacMillin Lompa  jmlompa@stonelawoffice.com, csepulveda@stonelawoffice.com
Timothy Dennis McMahon  tmcmahon@cmalaw.net, jefflochner@gmail.com, rosario@cmalaw.net

See **General Order 45 Section IX C.2 and D**; Notice has NOT been electronically mailed to:

Colette Stone
Stone & Sidran
A Professional Coporation
2125 Ygnacio Valley Road
Suite 101
Walnut Creek, CA 94598

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2