COLETTE F. STONE, ESQ. (SBN: 129773)
JULIET MACMILLIN LOMPA, ESQ. (SBN: 140980)
STONE & ASSOCIATES
A Professional Corporation
2125 Ygnacio Valley Road, Suite 101
Walnut Creek, CA 94598
Telephone: (925) 938-1555
Facsimile: (925) 938-2937
Email: jmlompa@stonelawoffice.com

Attorneys for Defendants
SELECT BRANDS, INC. and
TARGET CORPORATION

*IT IS SO ORDERED*
*Judge Edward J. Davila*
6/8/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SPILSBURY, JR. | Case No.: CV 09 5955 JW |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | |
| TARGET CORPORATION, SELECT BRANDS, INC, and DOES 1-25, inclusive, | Complaint Filed: September 22, 2009 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a) (1).

The Clerk shall close this file.

DATED:

By _____
TIMOTHY MCMAHON, ESQ.
Attorney for Plaintiff

DATED: 5-25-11

By _____
JULIET MACMILLIN LOMPA
Attorneys for Defendants
SELECT BRANDS, INC. and
TARGET CORPORATION

-1-
**STIPULATION OF DISMISSAL**

NAME:  Spilsbury v. Target Corp., et al
CASE NO.  CV 09 5955 JW

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

I am a citizen of the United States. My business address is 96 North Third Street, Suite 620, San Jose, CA 95112. I am employed in the County of Santa Clara, State of California. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, I transmitted the document(s) referenced below by electronically filing the documents on the Court's ECF system:

**STIPULATION OF DISMISSAL**

| Attorneys for Defendants SELECT BRANDS, INC. AND TARGET CORPORATION: | |
|---|---|
| Colette F. Stone, Esq.<br>Juliet MacMillin Lompa, Esq.<br>Stone & Associates. APC<br>2125 Ygnacio Valley Road, Suite 101<br>Walnut Creek, CA 94598<br>Tel: 925-938-1555<br>Fax: 925-938-2937<br>jmlompa@sontlawoffice.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 7, 2011, at San Jose, California.

_Rosario Reyes_